# ALBERT Y. DAYAN

Attorney at Law

80-02 Kew Gardens Rd., #902, Kew Gardens, N.Y. 11415

Tel: (718) 268-9400:    Fax: (718) 268-9404

By ECF

April 29, 2024

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Alex Levin et al.
                    Criminal Docket No. 21-208 (LDH)

Dear Judge DeArcy Hall:

      By this letter, Defense Counsel is kindly asking this Honorable Court for an extension of one week from May 1, to May 8, 2024, to submit my response to the Government's Motion in Limine. Your Honor, notwithstanding that the Court's Order is clear that my opposition is due on May 1, 2024, due to an oversight, Defense Counsel mistake the date for May 13, instead of May 1, 2024.

      I am respectfully asking Your Honor not to preclude my opposition because the issues involved are significant for the upcoming trial.

      Thank you Your Honor for understanding.

                                        Respectfully submitted,

                                 Sgd:   *Albert Y. Dayan*
                                          Albert Y. Dayan
                                          Attorney at Law

cc.    Devon Lash & Joy Lurinsky (By ECF)
        Assistant United States Attorneys