

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

LAB

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 3, 2024

By ECF

Albert Y. Dayan, Esq.
Law Office of Albert Y. Dayan
80-02 Kew Gardens Road, Suite 902
Kew Gardens, NY 11415

      Re:   United States v. Alex Levin
             Criminal Docket No. 21-208 (LDH)

Dear Mr. Dayan:

      Disclosures pursuant to 18 U.S.C. § 3500 and Rule 26.2 of the Federal Rules of Criminal Procedure ("3500 material") in connection with the upcoming trial in the above-captioned case, scheduled for June 3, 2024, are now available on USAfx. The Bates numbers related to the production will be provided to you under separate cover. This material is being produced pursuant to the Protective Order entered by the Court on May 5, 2021.

                    Respectfully submitted,

                    BREON PEACE
                    United States Attorney

      By:   /s/ Lauren A. Bowman
                Lauren A. Bowman
                Lorena Michelen
                Assistant U.S. Attorneys
                (718) 254-6047/ 6475

cc: Clerk of the Court (LDH) (by ECF)
    Albert Dayan (by ECF)