

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PP:LAB/LM
F. #2018R00550

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 13, 2024

By ECF

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Alex Levin
                Criminal Docket No. 21-208 (LDH)

Dear Judge DeArcy Hall:

      The government respectfully submits this letter in response to the Court's May 10, 2024, docket order regarding the adjournment of the trial date to July 15, 2024, in the above-referenced matter. The parties have conferred and agree to the exclusion of time to July 15, 2024.

      The government also respectfully requests the remaining pre-trial deadlines be reset as follows:

| Disclosure | Previously Ordered Date | Proposed Date |
|---|---|---|
| Production of Jencks Act/3500 and Rule 26.2 Material | May 20, 2024 | July 1, 2024 |
| Exhibits | May 20, 2024 | July 1, 2024 |

The previously ordered dates were two weeks before the previous June 3, 2024, trial date. This new schedule similarly moves the remaining deadlines two weeks before the new trial date. The materials to be produced include sensitive material as the government anticipates there being testimony from cooperating witnesses.[1] Defense counsel takes no position regarding this request.

        Respectfully submitted,

        BREON PEACE
        United States Attorney

By:   /s/_____
      Lauren A. Bowman
      Lorena Michelen
      Assistant U.S. Attorneys
      (718) 254-6047 (Bowman)

cc: Clerk of Court (LDH) (by ECF)
     Defense counsel of record (by ECF)

---

[1] The government previously disclosed a subset of materials pursuant to 18 U.S.C. § 3500 on May 3, 2024, that involved recordings in order to ensure that defense counsel would have adequate time to review them in advance trial.