# DAYAN LAW FIRM     80-02 Kew Gardens Rd.,# 902, Kew Gardens, N.Y. 11415

Attorneys at Law     Tel: (718) 268-9400:    Fax: (718) 268-9404

May 16, 2024

BY ECF
Honorable LaShann DeArcy Hall
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE:    *United States v. Alex Levin*
               Criminal Docket No. 21-cr-00208

Dear Judge DeArcy Hall:

As the Court is aware, I represent Defendant Alex Levin in the above referenced case. The Trial for this matter was originally scheduled for June 3, 2024, but was administratively adjourned by the Court to July 15, 2024.

I am respectfully requesting that the Court adjourn the Trial to anytime after July 24, 2024, because I, my family, and more than dozens of friends will be out of the country from on or about July 15, 2024, to on or about July 24, 2024, to celebrate an occasion that we have been celebrating during the same time and same place for the last several years. If the Court is inclined to grant this adjournment, I would also note that I will be out of the country from August 18, 2024, to August 25, 2024 on a family vacation with my children and grandchildren.

Thank you very much for your consideration in this matter.

                                 Respectfully submitted,

      Sgd:   *Albert Y. Dayan*

                                 _____
                                 Albert Y. Dayan, Esq.
                                 Attorney for Alex Levin
                                 80-02 Kew Gardens Rd. Suite 902
                                 Kew Gardens, NY 11415
                                 dayalnlaw@aol.com