# DAYAN LAW FIRM

80-02 Kew Gardens Rd.,# 902, Kew Gardens, N.Y. 11415

**Attorneys at Law**   Tel: (718) 268-9400:   Fax: (718) 268-9404

May 17, 2024

**BY ECF**
Honorable LaShann DeArcy Hall
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE:    *United States v. Alex Levin*
                 Criminal Docket No. 21-cr-00208

Dear Judge DeArcy Hall:

    As the Court is aware, I represent Defendant Alex Levin in the above referenced case. This letter is a reply to the Government's Letter in Opposition to Defense Counsel's request to adjourn the trial date of July 15, 2024.

    Your Honor, while I can appreciate the Government's outcry for the sake of their civilian witnesses (who we believe are the cooperators in this case), the Government has not provided any information how the adjournment would prejudice their case or their witnesses. The Government's letter in opposition attempts to demonstrate its witnesses' past inconveniences. But, it does not illustrate prejudice to the Government's case and/or its witnesses.

    The only person that is prejudiced by the adjournment in this case is Alex Levin, who has consented to my request. Your Honor, we can always advance this case as well. We are ready to proceed to trial at any time. It's just that the particular week of July 15, 2024, to July 24, 2024, has always been unavailable for me. I will respect and abide by any decision this Honorable Court will make regarding scheduling.

    Thank you very much for your consideration in this matter.

1

        Respectfully submitted,

Sgd: *Albert Y. Dayan*
_____

Albert Y. Dayan, Esq.
Attorney for Alex Levin
80-02 Kew Gardens Rd. Suite 902
Kew Gardens, NY 11415
dayalnlaw@aol.com